# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **TYRONE RICHARDSON,** } | |
| } | |
| **Plaintiff,** } | |
| } | |
| v. } | Case No.: 2:12-CV-03714-RDP |
| } | |
| **MIDLAND FUNDING and MIDLAND** } | |
| **CREDIT MANAGEMENT, INC.,** } | |
| } | |
| **Defendants.** } | |

### ORDER OF DISMISSAL

The court, having been informed that a settlement has been reached, **DISMISSES** this case **WITHOUT PREJUDICE**. The court shall retain jurisdiction over this matter for the sole purpose of enforcing the settlement reached by the parties.

The parties are **DIRECTED** to submit a joint stipulation of dismissal once all settlement documentation is complete, but not later than **sixty (60) days** from the entry date of this Order, at which time the court will dismiss this matter with prejudice.

**DONE** and **ORDERED** this ____20th____ day of November, 2012.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE